PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Lateefah Kamiller White

Cr.: 05-00552-001
PACTS #: 44116

Name of Sentencing Judicial Officer: The Honorable Stewart Dalzell ED/PA; Jurisdiction transferred and accepted by the Honorable Faith S. Hochberg D/NJ on 10/04/10

Date of Original Sentence: May 30, 2007

Original Offense: Knowingly Making False Statements to Federal Firearms Licensee

Original Sentence: Five (5) years Probation

Type of Supervision: Probation                                Date Supervision Commenced: 05/30/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has failed to pay the $1,000 fine in full. She has paid a total of $500 towards the fine. |

U.S. Probation Officer Action:
We are respectfully requesting that the offender's probation be allowed to terminate on May 29, 2010 as the Financial Litigation Unit will pursue collection of the remaining fine balance of $500.

Respectfully submitted,
By: Edward J. Irwin
U.S. Probation Officer
Date: 05/04/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

5/9/2012
Date